Moss, executor, *v.* Anderson *et al.*

Beck, J. Under the evidence in this case the court below did not err in refusing to grant the injunctive relief sought by petitioner.

*Judgment affirmed. All the Justices concur.*
April 15, 1913.

Petition for injunction. Before Judge Morris. Cobb superior court. June 22, 1912.

*Mozley & Moss,* for plaintiff.
*George F. Gober* and *John Awtry,* contra.